UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION at LONDON

CIVIL ACTION NO. 06-487-GWU

TOMMY WILKINS,                                              PLAINTIFF,

VS.                    **MEMORANDUM OPINION AND ORDER**

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL SECURITY,                    DEFENDANT.

## INTRODUCTION

Pursuant to Fed. R. Civ. P. 59(e), Tommy Wilkins moves the Court to Alter or Amend its Judgment of September 12, 2007 affirming the Commissioner's decision to deny him Childhood Disability Benefits and Supplemental Security Income.

## APPLICABLE LAW

The Court hereby incorporates by reference the Applicable Law section of its September 12, 2007 opinion.

## DISCUSSION

The Administrative Law Judge (ALJ) concluded that Wilkins, a 22 year-old man with a "limited" education and no past relevant work history, suffered from impairments related to multiple sclerosis.  (Tr. 17, 19).  Despite the plaintiff's impairments, the ALJ determined that he could still perform the full range of medium

level work.  Based upon application of Rule 203.25 of the Medical-Vocational Guidelines, the claimant could not be considered totally disabled.  (Tr. 17).  The undersigned found that this decision was supported by substantial evidence and granted the defendant's summary judgment motion and denied that of the plaintiff.

Wilkins asserts that his multiple sclerosis condition should have been found to meet the requirements of Section 11.04(B) of the Listing of Impairments.  The plaintiff also asserts that the ALJ erred in evaluating his credibility.  Finally, the claimant has requested in a separate filing (Docket Entry No. 25) that the court "consider" the additional medical records submitted directly to the Court which were never seen by the ALJ (Docket Entry No. 17).[1]

Wilkins has submitted no new evidence and has made no new arguments relating to any of these contested points. The claimant has simply restated the same arguments previously considered and rejected by the Court.  The undersigned hereby incorporates by reference the discussion of these issues which was made in the Memorandum Opinion of September 12, 2007.  Therefore, the plaintiff's motion to alter or amend is denied.

This the 14th day of November, 2007.



**Signed By:**

_G. Wix Unthank_

**United States Senior Judge**

---

[1]Although the plaintiff did not specifically request it, the Court considered this evidence as a motion for a remand to consider new evidence in the September, 2007 Memorandum Opinion.